[No. 19661-1-II.    Division Two.    October 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC
BRIAN CRABTREE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-1-01319-3, Paula Casey, J., entered June 7, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 20000-7-II.    Division Two.    October 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CORRINE
PEARL LUCUS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-00299-4, Robert L. Harris, J., entered October 18, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Seinfeld, J.

[No. 20107-1-II.    Division Two.    October 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. HERBERT
LOUIS BOISSINEAU, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-00969-9, Frederick B. Hayes, J., entered October 24, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong and Hunt, JJ.

[No. 20161-5-II.    Division Two.    October 3, 1997.]

NORTHWEST DEVELOPMENT CORPORATION, *Appellant*,
v. THE NEWLAND GROUP, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-2-00969-1, Thomas L. Lodge, J., entered November 3, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.